IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
 )
    Plaintiff, )
 )
vs. ) No. 08-30170-DRH
 )
LINDA SPENCE, )
 )
    Defendant. )

## **ORDER**

This matter is before the Court on the Defendant's Motion to Delay Defendant's Bureau of Prisons Report Date. The Court being duly advised in the premises and for the reasons argued in the motion, **GRANTS** the Motion.

The Defendant is required to report to FPC Bryan in Bryan, Texas, on May 20, 2009 to begin serving her thirty month sentence. The Defendant's previously schedule report date of May 13, 2009 is canceled.

Clerk to provide copy of this order to US Marshal Service.

SO ORDERED.

/s/    David R Herndon

April 22, 2009                                              Chief Judge
                                                              United States District Court